Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

COLLEEN GALLAGHER )
) Case No: 15-cv-3952 HSG
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
CHIPOTLE MEXICAN GRILL, INC. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Allison Dodd , an active member in good standing of the bar of
Colorado , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Chipotle Mexican Grill, Inc. in the
above-entitled action. My local co-counsel in this case is Sascha Henry , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1430 Wynkoop Street Suite 300 Denver, CO 80202 | 333 South Hope St., 43rd Floor Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (303) 623-1800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 620-1780 |
| MY EMAIL ADDRESS OF RECORD: adodd@messner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: shenry@sheppardmullin.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 43835 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/08/15                                          Allison Dodd
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison Dodd is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 9/15/2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*



# SUPREME COURT
# State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**Allison Dodd**

*has been duly licensed and admitted to practice as an*

# ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **24th**

*day of* **October** *A. D.* **2011** *and that at the date hereof the said* **Allison Dodd**

*is in good standing at this Bar.*

IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **6th** *day of* **August** *A. D.* **2015**

**Christopher T. Ryan**

Clerk

By *Carla Trujillo*

Deputy Clerk