Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:  415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com

*Attorneys for Plaintiff*
*COLLEEN GALLAGHER*

Charles C. Cavanagh (SBN 198468)
Allison Dodd (*pro hac vice*)
**MESSNER REEVES LLP**
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone:  303-623-1800
Facsimile:  303-623-0552
ccavanagh@messner.com
adodd@messner.com

Sascha Henry (SBN 191914)
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone:  213-620-1780
Facsimile:  213-620-1398
shenry@sheppardmullin.com

*Attorneys for Defendant*
*CHIPOTLE MEXICAN GRILL, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN GALLAGHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:15-cv-03952-HSG<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 AND ORDER RESCHEDULING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  15, 18th Floor<br>Date:          October 29, 2015<br>Time:          2:00 p.m. |

1    WHEREAS, Plaintiff Colleen Gallagher ("Plaintiff") filed her Complaint against Defendant

2    Chipotle Mexican Grill, Inc. ("Defendant") on August 28, 2015 [ECF No. 1];

3    WHEREAS, on September 11, 2015, the Court set the Case Management Conference for

4    this matter for December 8, 2015 [ECF No. 16];

5    WHEREAS, Defendant filed its Motion to Dismiss the Complaint on September 21, 2015,

6    and set a date for the hearing on its motion before this Court for October 29, 2015 (the "Hearing

7    Date") [ECF Nos. 18, 19];

8    WHEREAS, Plaintiff filed her Memorandum in Opposition to the Motion to Dismiss on

9    October 5, 2015 [ECF Nos. 23, 24], and Defendant filed its Reply in Further Support of the Motion

10   to Dismiss on October 13, 2015 [ECF No. 27];

11   WHEREAS, Plaintiff's attorneys have a conflict on the Hearing Date and have sought

12   Defendant's concurrence to reschedule the Hearing Date;

13   WHEREAS, Defendant's attorneys do not oppose rescheduling the Hearing Date to

14   accommodate Plaintiff's attorneys so long as Defendant has the opportunity to be heard on its

15   motion;

16   WHEREAS, the parties conferred on a mutually available Hearing Date;

17   WHEREAS, taking into account the Court's available law and motion hearing dates, the

18   earliest date in which the parties are able to reschedule the Hearing Date is for a Thursday in

19   January 2016, after the date for the Case Management Conference;

20   WHEREAS, the parties seek to avoid unnecessary time, burden, and expense for the Court

21   and for the parties; and

22   WHEREAS, there has been no previous time modifications, but the proposed rescheduling

23   of the Hearing Date may affect the date of the Case Management Conference;

24   ///

25   ///

26   ///

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE
Case No. 3:15-cv-03952-HSG

1    ACCORDINGLY, THE PARTIES JOINTLY STIPULATE AND RESPECTFULLY

2   REQUEST THAT:

3    The Court reschedule both the Hearing and the Case Management Conference to be heard

4   concurrently on Thursday, January 14, 2016.

5

6   DATED: October 21, 2015                    Respectfully submitted,

7
                                       By:   /s/ Laurence D. King
8                                            Laurence D. King
                                             Linda M. Fong
9                                            Matthew B. George
                                             Mario M. Choi
10                                           **KAPLAN FOX & KILSHEIMER LLP**
                                             350 Sansome Street, Suite 400
11                                           San Francisco, CA 94104
                                             Telephone:  415-772-4700
12                                           Facsimile:   415-772-4707

13                                           Frederic S. Fox (*pro hac vice*)
                                             Donald R. Hall (*pro hac vice*)
14                                           **KAPLAN FOX & KILSHEIMER LLP**
                                             850 Third Avenue, 14th Floor
15                                           New York, NY 10022
                                             Telephone:  212-687-1980
16                                           Facsimile:   212-687-7714

17                                           *Attorneys for Plaintiff COLLEEN GALLAGHER*

18
                                       By:   /s/ Charles C. Cavanagh
19                                           Charles C. Cavanagh
                                             Allison Dodd (*pro hac vice*)
20                                           **MESSNER REEVES LLP**
                                             1430 Wynkoop Street, Suite 300
21                                           Denver, CO 80202
                                             Telephone:  303-623-1800
22                                           Facsimile:   303-623-0552

23                                           Sascha Henry
                                             **SHEPPARD, MULLIN, RICHTER &**
24                                           **HAMPTON, LLP**
                                             333 South Hope Street, 43rd Floor
25                                           Los Angeles, CA 90071
                                             Telephone:  213-620-1780
26                                           Facsimile:   213-620-1398

27                                           *Attorneys for Defendant*
                                             *CHIPOTLE MEXICAN GRILL, INC.*

28

- 2 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE
Case No. 3:15-cv-03952-HSG

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2        I, Mario M. Choi, attest that concurrence in the filing of this document has been obtained

3 from the other signatories.  I declare under penalty of perjury under the laws of the United States

4 of America that the foregoing is true and correct.

5        Executed this 21st day of October, 2015, at San Francisco, California.

6

7                                                                      _/s/ Mario M. Choi_____
                                                                    MARIO M. CHOI

8

9

10

11                                      **ORDER**

12 **IT IS SO ORDERED.**

13 Dated: October 22, 2015         _Haywood S. Gill Jr._
                                                    Hon. Haywood S. Gilliam, Jr.

14                                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE
Case No. 3:15-cv-03952-HSG