Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com

*Attorneys for Plaintiff COLLEEN GALLAGHER*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COLLEEN GALLAGHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 3:15-cv-03952-HSG<br><br>**STIPULATION AND ORDER RE: FILING OF FIRST AMENDED COMPLAINT AND RELATED BRIEFING SCHEDULE**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15, 18th Floor<br>Date:           June 2, 2016<br>Time:          2:00 p.m. |

# STIPULATION

WHEREAS, on February 5, 2016, the Court issued an Order dismissing Plaintiff's initial Complaint without prejudice and giving Plaintiff until February 26, 2016 to file a First Amended Complaint ("FAC");

WHEREAS, one of the principal attorneys for Plaintiff became the father of twins in the last several days and will therefore be out of the office for several weeks;

WHEREAS, Plaintiff has requested and Defendant has agreed that, subject to the Court's approval, Plaintiff may have a two-week extension to file the First Amended Complaint until March 11, 2016; and

WHEREAS, subject to the Court's approval, the parties have also negotiated a briefing schedule for Defendant's anticipated motion to dismiss the FAC;

**IT IS HEREBY STIPULATED AND AGREED** that, subject to the Court's approval, the schedule for the filing of the FAC and the briefing and hearing of any motion to dismiss filed in response thereto, shall be as follows:

| EVENT | DATE |
| --- | --- |
| Filing of the FAC | March 11, 2016 |
| Filing of Motion to Dismiss | April 8, 2016 |
| Filing of Opposition to Motion to Dismiss | May 5, 2016 |
| Filing of Reply to Opposition to Motion to Dismiss | May 19, 2016 |
| Hearing re Motion to Dismiss | June 2, 2016 |

**SO STIPULATED:**

DATED: February 22, 2016          KAPLAN FOX & KILSHEIMER LLP

By: ___/s/ *Laurence D. King*___
         Laurence D. King

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

- 1 -          Case No. 3:15-cv-03952-HSG
STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT AND RELATED BRIEFING SCHEDULE

|   |   |
|---|---|
|   | KAPLAN FOX & KILSHEIMER LLP<br>Frederic S. Fox (admitted *pro hac vice*)<br>Donald R. Hall (admitted *pro hac vice*)<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:  212-687-1980<br>Facsimile:   212-687-7714<br><br>*Attorneys for Plaintiff COLLEEN GALLAGHER* |
| DATED:  February 22, 2016 | MESSNER REEVES LLP<br><br>By:   /s/ *Charles C. Cavanagh*<br>         Charles C. Cavanagh<br><br>Charles C. Cavanagh (SBN 198468)<br>Allison Dodd (pro hac vice)<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552<br>ccavanagh@messner.com<br>adodd@messner.com<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>Sascha Henry (SBN 191914)<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213-620-1780<br>Facsimile: 213-620-1398<br>shenry@sheppardmullin.com<br><br>*Attorneys for Defendant CHIPOTLE MEXICAN GRILL, INC* |

# ORDER

For good cause shown, **IT IS HEREBY ORDERED:**

The schedule for the filing of the FAC, and the briefing and hearing of any motion to dismiss filed in response thereto, shall be as follows:

| EVENT | DATE |
| --- | --- |
| Filing of the FAC | March 11, 2016 |
| Filing of Motion to Dismiss | April 8, 2016 |
| Filing of Opposition to Motion to Dismiss | May 5, 2016 |
| Filing of Reply to Opposition to Motion to Dismiss | May 19, 2016 |
| Hearing re Motion to Dismiss | June 2, 2016 |

**SO ORDERED.**

DATED: February 25, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge